E. I. DuPont DeNemours & Company, Inc., Appellant, v. Kellerman Paint Corp. and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Joseph J. Schwartz and Another v. Paragon Oil Company, Inc., of New York and Others.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (March 8, 1940.)

The People of the State of New York, Respondent, v. Gustave Beekman, Appellant, Impleaded with Others, Defendants.— Judgment reversed, the information dismissed and the defendant discharged from custody, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — O'Malley, Townley, Glennon, Untermyer and Dore, JJ.; Townley and Dore, JJ., dissent and vote to affirm.

James A. Vaughan, Appellant, v. Arthur J. Morris, Respondent. The Morris Plan Industrial Bank of New York, Respondent, v. James A. Vaughan, Defendant.— Orders unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Jos. Riedel Glass Works, Inc., Respondent, v. Indemnity Insurance Company of North America, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Henry C. Burnstine, Respondent, v. A. Joseph Geist, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Sarah Sperber, as Administratrix, etc., of Morris Sperber, Deceased, Appellant, v. Davidson Transfer & Storage Co. and Clarence George, Defendants. Pauline Ginsburg, in Person, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Bennet Gordon, Appellant, v. Sam Minskoff, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

William Griffin, Respondent, v. Winston S. Churchill, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

Alfonse Criscuolo, Appellant, v. Berman Fish Co., Inc., Respondent.— Order unanimously reversed, without costs, and reference ordered to an official referee to hear and report to the Special Term upon the question whether there was a wilful and deliberate suppression of any books and records, and, if so, what books and records. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.